IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                    Plaintiff,                        )<br>                                                                )<br>v.                                                              )<br>                                                                )<br>DONALD CHESTER SMITH, JR. and     )<br>CENTRAL PARK COMPANY,              )<br>                                                                )<br>                    Defendants.                   ) | Case No. 8:07cv _167_ |

**FINAL JUDGMENT BY CONSENT**

Plaintiff, the United States of America, having filed its Complaint herein, and Defendants, Donald Chester Smith, Jr. and Central Park Company, having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has subject matter jurisdiction over this matter under 31 U.S.C. § 3730(a) and 28 U.S.C. § 1345.

2. This Court has personal jurisdiction over Defendants who acknowledge receipt of a copy of the Complaint in this action. The Complaint herein states a claim upon which relief can be granted.

3. Defendants hereby admit all the allegations of Plaintiff's Complaint and therefore agree to entry of a consent judgment in the sum of $99,999.00 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full, and court costs in the amount of $ 270.00.

4. Defendants shall submit financial data to Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

5. Defendants agree to notify the United States Attorney's Office within thirty days

of any change of address or employment until the judgment debt is paid in full.

6. In return for Defendants' consent to entry of judgment, the United States agrees to accept the amount of $99,999.00 plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full; and court costs in the amount of $ 270.00, in full satisfaction of Defendants' liability. This judgment amount shall be paid through a monthly schedule to be arranged through the Financial Litigation Unit of the United States Attorney's Office.

7. In the event Defendants default on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendants.

8. Notice pursuant to paragraph six shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendants' address as listed below or to any new address provided by Defendants.

9. The district court shall retain jurisdiction over this case for purposes of enforcing the Final Judgment by Consent.

10. This is a publicly available document, and Defendants waive any claim that this or any other document filed in this case along with any information contained therein is subject to the Privacy Act of 1974, 5 U.S.C. § 552a.

UNITED STATES OF AMERICA,
Plaintiff,

| | |
|---|---|
| JOE W. STECHER<br>United States Attorney<br>District of Nebraska<br><br>By: *Laurie A. Kelly* (signature)<br>LAURIE A. KELLY<br>Assistant U.S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506<br>Tel: (402) 661-3700<br>Fax: (402) 661-3081<br>laurie.kelly@usdoj.gov | DONALD CHESTER SMITH, JR.<br>Defendant<br><br>*Donald C. Smith Jr.* (signature)<br>DONALD CHESTER SMITH, JR.<br>10205 North 29th Court<br>Omaha, NE 68112<br><br><br>CENTRAL PARK COMPANY<br>Defendant<br><br>Central Park Co.<br>By: *Donald C. Smith* (signature)<br>consultation |

APPROVED THIS 4th day of May, 2007, accruing at the legal rate of 4.90% per annum from the date of this judgment until paid in full, penalty, and court costs.

*(signature)*

JUDGE, U.S. DISTRICT COURT